O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE ROBERTO CEJA,                    )        Case No. CV 09-8295-DDP (OP)
                                      )
                                      )        ORDER ADOPTING FINDINGS,
                Petitioner,           )        CONCLUSIONS, AND
                                      )        RECOMMENDATIONS OF
        v.                            )        UNITED STATES MAGISTRATE
                                      )        JUDGE
                                      )
F. GONZALES, Warden,                  )
                                      )
                Respondent.           )
                                      )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
records and files herein, and the Report and Recommendation of the United States
Magistrate Judge, and the objections filed by Petitioner, de novo.  The Court concurs
with and adopts the findings, conclusions, and recommendations of the Magistrate
Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this

2    Report and Recommendation; and (2) directing that Judgment be entered denying the

3    Petition and dismissing this action with prejudice.

4

5    DATED:  August 31, 2011

6                                           HONORABLE DEAN D. PREGERSON
                                            United States District Judge
7

8

9    Prepared by:

10

11

12    HONORABLE OSWALD PARADA
      United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28